UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

__Charles Langone__
 Plaintiff

V.

__Bridgeport Steel, et al.,__
 Defendant

CIVIL ACTION

NO. __08-10420__

## JUDGMENT

__Gorton,   D. J.__

In accordance with the Court's Memorandum and Order dated __November 10, 2010__ granting __plaintiff's__ motion for summary judgment in the above-entitled action, it is hereby ORDERED:

> Judgment for the __Plaintiff in the amount of $373, 906. 60;__ principal liability ($234,713), plus interest ($61.179.43), liquidated damages ($61.179.43) and attorney's fees and costs ($16,834.74), for a total of $373,906.60 is entered for the plaintiff.  (Post Judgment interest rate .24%).

By the Court,

__11/29/10__
Date

__/s/Craig J. Nicewicz__
Deputy Clerk